# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

Case Number: 2:02-cr-51-FtM-29DNF

BRIAN KEITH BALLINGER

USM Number: 43540-083

Russell Rosenthal, FPD
1514 Broadway, Suite 301
Fort Myers, Florida 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) Two, Three & Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Two | New criminal conduct, Driving While License Suspended, while on supervision in violation of the conditions of supervision | September 4, 2007 |
| Three | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer in violation of Condition Eleven of the Standard Conditions of Supervision. | September 4, 2007 |
| Five | Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervision | October 31, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Numbers One & Four dismissed on motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/27/2007

*(signature)*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE
November 29, 2007

BRIAN KEITH BALLINGER
2:02-cr-51-FtM-29DNF

Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be incarcerated in a facility close to Fort Myers, Florida.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED